UNITED STATES of America, Appellee,

v.

**Craig Michael BURNS, Appellant.**

No. 01–1243.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 24, 2001.

Filed Sept. 28, 2001.

Before McMILLIAN, LOKEN, and HANSEN, Circuit Judges.

PER CURIAM.

Craig Burns pleaded guilty to manufacturing a firearm, in violation of 26 U.S.C. § 5861(f); conspiring against civil rights, in violation of 18 U.S.C. § 241; and transporting a stolen motor vehicle in interstate commerce, in violation of 18 U.S.C. § 2312. The district court[1] sentenced him to 168 months imprisonment and 3 years supervised release. On appeal, Burns's counsel has moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we affirm the judgment of the district

---

1. The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas.

1. The HONORABLE MARK W. BENNETT, Chief Judge, United States District Court for the Northern District of Iowa.

court, and we grant counsel's motion to withdraw.